## HILLIARD v. HILLIARD.

52  283
58  300

APPEAL : *From Probate Court: Allotment of dower.*

In a proceeding in the Probate Court for the allotment of dower, an order confirming the report of commissioners appointed to make the allotment, is the final judgment of the court, and an appeal therefrom carries the whole case to the Circuit Court for trial *de novo.*

APPEAL from *Chicot* Circuit Court.

C. D. WOOD, Judge.

This was a proceeding begun in the Probate Court for the allotment of dower to Mrs. Caroline Hilliard in the land of her deceased husband. Commissioners were appointed to make the allotment, and their report was approved and confirmed by the court. From the order approving the report Mrs. Hilliard appealed. In the Circuit Court she filed numerous exceptions to the report, presenting questions which could only be determined by a trial *de novo.* Upon motion of the appellee, all these exceptions except one were stricken out on the ground

that they "did not relate to the order of the Probate Court appealed from." Mrs. Hilliard then filed her motion for a trial of the cause *de novo*, and the same was ordered to be stricken from the files. The court then proceeded to try the cause on the remaining exception which questioned only the manner of making the allotment, and gave judgment confirming the report. Mrs. Hilliard appealed, and contends that the approval of the commissioners' report was the final order of the Probate Court in the cause, and that the appeal therefrom carried up to the Circuit Court for trial the whole case.

*Wm. B. Street*, for appellant.

The order appointing the commissioners was not a final order, but the order confirming the report of the commissioners was *final*, and an appeal from the latter brings up the whole case for consideration. *Mansf. Dig.*, secs. *1386, 1389, 1367; 38 Ark., 388; Freeman on Judg.*, sec. *28, p. 16, and sec. 30; 15 B. Mon., 48; 66 Mo., 465; 84 Penn. St., 238; 41 Ind., 398; 41 Md., 419.*

*D. H. Reynolds*, for appellees.

PER CURIAM. The order confirming the report of the commissioners appointed to allot dower, was the final judgment of the Probate Court in the case; and the appeal from that judgment carried the whole cause to the Circuit Court for trial *de novo*. It was error, therefore, in the Circuit Court to confine the appellant to her exceptions to the manner of allotting dower. The judgment will be reversed and the cause remanded for a rehearing.